UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:13-MJ-00865-1 |
| | § | |
| JOEL SANCHEZ JR | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the Defendant Sanchez is substantial. The defendant is a convicted felon, and a firearm was located Sanchez's bedroom of the house where he resides. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the testimony of Melinda Hinojosa. The defendant has failed to comply with conditions of release in the past, and he was on bond for a felony and misdemeanor assault (family member), reflecting that he is either unwilling or unable to comply with conditions of bond. He is a poor bond risk.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 29th day of July, 2013.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE